Certificate Number: 14912-CAC-DE-037824103

Bankruptcy Case Number: 23-13490



14912-CAC-DE-037824103

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 5, 2023, at 2:16 o'clock AM EDT, Cindy Acosta completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   October 5, 2023    By:    /s/Jai Bhatt

Name:  Jai Bhatt

Title:   Counselor